**jackson lewis**

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (914) 872-6920
EMAIL ADDRESS:  JOSEPH.DIPALMA@JACKSONLEWIS.COM

October 16, 2019

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:   **Valentin Reid v. Jim's Formal Wear LLC**
        **Case No. 19-cv-07646 (AJN)**

Dear Judge Nathan:

This firm represents Defendant, Jim's Formal Wear LLC, in the above-referenced matter. We write jointly with David P. Force, Esq., counsel for Plaintiff, to notify this Court that the parties have reached a settlement in principle. As such, the parties request that all dates be adjourned until such time the parties file a stipulation of dismissal, which we anticipate being filed within 30 days.

Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Joseph J. DiPalma*
      Joseph J. DiPalma