








## GET INSPIRED! STYLE ADVICE FOR EVERY OCCASION.

VIEW BLOG »










### SERVICE
With 5,000 retail locations and 7 Service Centers, JFW is right where you need us to be.

### EXPERIENCE
50+ years in the tuxedo business make us the experts you can count on.

### SELECTION
More than 40 tuxedo styles and thousands of colorful accessory combinations.

